**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-02407-MJ-JJO**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.

**MAIKEL JOSE MORENO PEREZ,**

        **Defendant.**

_____/

**NOTICE OF APPEARANCE**

The undersigned Assistant United States Attorney, Adrienne E. Rosen, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

                                              Respectfully submitted,

                                              **ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY**

By:    *s/ Adrienne E. Rosen*
        Adrienne E. Rosen
        Assistant United States Attorney
        Court Id No. A5502297
        99 N.E. 4th Street, 7th Floor
        Miami FL, 33132-2111
        Telephone: (305) 961-9338
        E-mail: Adrienne.Rosen@usdoj.gov