**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-02407-MJ-JJO**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**MAIKEL JOSE MORENO PEREZ,**

    **Defendant.**
_____/

**UNITED STATES OF AMERICA'S NOTICE OF REASSIGNMENT**

    The undersigned Assistant United States Attorney, Joshua Paster, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case. The prior forfeiture counsel for the United States, Assistant United States Attorney Marx Calderón, is no longer counsel of record for the United States in this case.

    Respectfully submitted,

    **JUAN ANTONIO GONZALEZ**
    **UNITED STATES ATTORNEY**

By:    *s/ Joshua Paster*
        Joshua Paster
        Assistant United States Attorney
        Court ID No. A5502616
        99 N.E. 4th Street, 7th Floor
        Miami FL, 33132-2111
        Telephone: (305) 961-9342
        E-mail: Joshua.Paster@usdoj.gov